UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG<br>Judge | 12614 United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106-1775<br>(215) 580-2030<br>(215) 580-2142 FAX |

SONDRA G. DRUKER
6554 HORROCKS STREET
PHILADELPHIA, PA 19149

ROBERT M. GOLDICH
1650 ARCH ST
22ND FL
PHILA, PA 19103

## AMENDED NOTICE OF SCHEDULING CONFERENCE

RE:   DRUKER v. THOMAS JEFFERSON UNIVERSITY, et al.
      CIVIL ACTION NO. 02-2692

Judge Ludwig has scheduled a Rule 16 conference for your case or cases on <u>Wednesday, August 21, 2002, (changed from July 25, 2002)</u>  at  <u>11:00 a.m.</u>  in chambers, Room 12614.

Enclosed is Judge Ludwig's **C A S E Management Program.**

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:  July 22, 2002