IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER : CIVIL ACTION

v. :

THOMAS JEFFERSON UNIVERSITY : NO. 02-2692
et al.

# O R D E R

AND NOW, this 24th day of September, 2002, upon conference, the Clerk is directed to attempt to appoint counsel from the Plaintiff's Employment Panel on an expedited basis. It is further requested that the attorneys notify the Clerk as to their acceptance or denial of the appointment within 14 days of receipt of the file.

Edmund V. Ludwig, J.