IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER : CIVIL ACTION

v. :

THOMAS JEFFERSON UNIVERSITY : NO. 02-2692
et al.

**O R D E R**

AND NOW, this 10th day of December, 2002, upon conference,

- Counsel will reserve and set aside deposition dates by January 10, 2003.

- Depositions to be completed by March 31, 2003.

- Next Rule 16 conference: Tuesday, April 1, 2003, 4:30 p.m.

Edmund V. Ludwig, J.