IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER     : CIVIL ACTION

v.     :

THOMAS JEFFERSON UNIVERSITY     : NO. 02-2692
BARBARA J. TURNER, M.D.

**O R D E R**

As a result of a telephone conference with the attorneys for both parties on March 6, 2003, it is hereby **ORDERED** that Plaintiff is required to appear for her deposition on Tuesday, March 25, 2003 commencing at 10:00 a.m. at the law office of Wolf, Block, Schorr and Solis-Cohen LLP, 1650 Arch Street, Philadelphia, Pennsylvania.

Edmund V. Ludwig, J.

Dated: March 21, 2003