IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER : CIVIL ACTION

v. :

THOMAS JEFFERSON UNIVERSITY : NO.  02-2692
et al.

**N O T I C E**

March 27, 2003

      The Rule 16 conference on April 1, 2003 will be held at 2:30 p.m. (Changed from 4:30 p.m.) in chambers, Room 12614.

cc: 3/27/03 (KC) by FAX:

William H. Ewing, Esq.
Robert M. Goldich, Esq.

ATTEST:        BY THE COURT:

_____
Kathryne M. Crispell        Edmund V. Ludwig, J.
Deputy Clerk