IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER : CIVIL ACTION

v. :

THOMAS JEFFERSON UNIVERSITY : NO. 02-2692
et al.

**A M E N D E D   N O T I C E**

April 3, 2003

       The Rule 16 conference previously scheduled for April 1, 2003 is rescheduled for Thursday, May 22, 2003 at 11:00 a.m. in chambers, Room 12614.

cc: 4/3/03 (KC) by FAX:

William H. Ewing, Esq.
Robert M. Goldich, Esq.

ATTEST: BY THE COURT:

_____ _____
Kathryne M. Crispell Edmund V. Ludwig, J.
Deputy Clerk