IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONDRA G. DRUCKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY PHILADELPHIA, and CORRECTIONAL OFFICER PARKER | : : : | NO. 02-CV-2692 |

**O R D E R**

AND NOW, this 3rd day of June, 2003, following a telephone conference with counsel, it is hereby ordered as follows:

1. Plaintiff shall appear for the completion of her deposition at the office of defendants' counsel on June 23, 2003 at 10:30 a.m. Defendants shall be entitled to examine plaintiff for up to five (5) hours on that date, and plaintiff shall therefore be required to remain at the deposition until its completion at approximately 4:30 p.m. (allowing reasonable time for breaks).

2. Plaintiff's willful failure to appear for her deposition and to remain until completion in compliance with this Order will subject plaintiff to sanctions which may include preclusion of plaintiff's testifying at trial.

BY THE COURT:

_____
Edmund V. Ludwig, J.