IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER : CIVIL ACTION

v. :

THOMAS JEFFERSON UNIVERSITY : NO. 02-2692
et al.

**ORDER**

**AND NOW,** this 10th day of June, 2003, upon conference of May 22, 2003,

• Summary judgment motions will be filed and served before July 18, 2003.

• If action survives summary judgment, a further Rule 16 conference will be held on Tuesday, September 16, 2003 at 11:00 a.m., Room 12614.

                                                                                      _____
                                                                                      Edmund V. Ludwig, J.