IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER                    : CIVIL ACTION

              v.                    :

THOMAS JEFFERSON UNIVERSITY         : NO.  02-2692
et al.

# N O T I C E

July 14, 2003

A telephone conference will be held on Thursday, July 17, 2003 at 11:30 a.m.,

defendant's counsel to initiate the call to chambers - 215-580-2030.

cc: 7/14/03 (KC) by FAX:

William H. Ewing, Esq.
Robert M. Goldich, Esq.

ATTEST:                             BY THE COURT:

_____
Kathryne M. Crispell                Edmund V. Ludwig, J.
Deputy Clerk