IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER : CIVIL ACTION

v. :

THOMAS JEFFERSON UNIVERSITY : NO. 02-2692
et al.

### AMENDED  N O T I C E

July 15, 2003

      A telephone conference will be held on Tuesday, July 22, 2003  (changed from

Thursday, July 17, 2003)  at 11:30 a.m., defendant's counsel to initiate the call to chambers -

215-580-2030.

cc: 7/15/03 (KC) by FAX:

William H. Ewing, Esq.
Robert M. Goldich, Esq.

ATTEST:                                                    BY THE COURT:

_____

Kathryne M. Crispell                          Edmund V. Ludwig, J.
Deputy Clerk