IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONDRA G. DRUKER | : CIVIL ACTION |
| v. | : |
| THOMAS JEFFERSON UNIVERSITY et al. | : NO. 02-2692 |

**N O T I C E**

August 28, 2003

      The Rule 16 conference previously scheduled for September 16, 2003 is rescheduled for Tuesday, November 25, 2003 at 11:00 a.m. in chambers, Room 12614.

cc: 8/28/03 (KC) :

William H. Ewing, Esq.  (Mail)
Robert M. Goldich, Esq. (Fax)

_____
Kathryne M. Crispell
Deputy Clerk to Judge Ludwig