## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that a copy of the foregoing Plaintiff's Brief Opposing Motion for Summary Judgment and the Declaration of Sondra G. Drucker were served on Defendants' attorneys this day by hand delivery as follows:

> Robert M. Goldich, Esquire
> Caroline M. Austin, Esquire
> Wolf, Block Schorr & Solis-Cohen
> 1650 Arch Street, 22d Floor
> Philadelphia, PA 19103-2097

                                                                              _____
                                                                              William H. Ewing

Date: October 15, 2003