IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONDRA G. DRUKER | : CIVIL ACTION |
| v. | : |
| THOMAS JEFFERSON UNIVERSITY et al. | : NO. 02-2692 |

**N O T I C E**

November 21, 2003

The Rule 16 conference previously scheduled for November 25, 2003 is rescheduled for Wednesday, December 3, 2003 at 2:30 p.m. in chambers, Room 12614.

cc: 11/21/03 (KC) :

William H. Ewing, Esq.  (Fax)
Robert M. Goldich, Esq. (Fax)

_____
Kathryne M. Crispell
Deputy Clerk to Judge Ludwig