IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER : CIVIL ACTION

v. :

THOMAS JEFFERSON UNIVERSITY : NO. 02-2692
et al.

**N O T I C E**

December 2, 2003

      The Rule 16 conference previously scheduled for Wednesday, December 3, 2003 is cancelled, pending decision on the outstanding motion for summary judgment.

cc: 12/2/03 (KC) :

William H. Ewing, Esq.  (Fax)
Robert M. Goldich, Esq. (Fax)

_____

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig