IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONDRA G. DRUKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-2692 |
| THOMAS JEFFERSON UNIVERSITY, et al. | : | |

### ORDER

AND NOW, this 12th day of August, 2004, "Defendants' Motion for Summary Judgment" is granted, Fed. R. Civ. P. 56. A memorandum opinion will follow.

BY THE COURT:

_____
Edmund V. Ludwig, J.