IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONDRA G. DRUKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY | : | NO. 02-cv-2692 |

O R D E R

AND NOW, this 17th day of August, 2004, in accordance with order dated August 12, 2004 ,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendant, Thomas Jefferson University, and against the plaintiff, Sondra G. Druker.

BY THE COURT

ATTEST:
Kathryne M. Crispell
Deputy Clerk

Civ 1 (8/80)