IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA DRUKER

02-CV-2692
District Court Docket Number

vs.

THOMAS JEFFERSON UNIVERSITY ET.AL.

Notice of Appeal Filed <u>SEPTEMBER 8,2004</u>
Court Reporter(s)/ESR Operator(s)     COURT REPORTER

Filing Fee:
    Notice of Appeal <u>_X_</u> Paid  __ Not Paid  __ Seaman
    Docket Fee      <u>_X_</u> Paid  __ Not Paid  __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

Prepared by : _____
MARK CIAMAICHELO
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm