IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONDRA G. DRUKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THOMAS JEFFERSON UNIVERSITY<br>BARBARA J. TURNER, M.D. | : | NO. 02-cv-2692 |

O R D E R

AND NOW, this 15th day of September, 2004, the judgment dated August 17, 2004 is amended to include defendant Barbara J. Turner, M.D.

In accordance with order dated August 12, 2004 ,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendants, Thomas Jefferson University and Barbara J. Turner, M.D., and against the plaintiff, Sondra G. Druker.

BY THE COURT

ATTEST:
    Kathryne M. Crispell
    Deputy Clerk

Civ 1 (8/80)