## **DECLARATION OF COUNSEL**

I, Robert M. Goldich, hereby declare under penalty of perjury that the facts set forth in the foregoing Motion by Defendants to Enforce Settlement Agreement and for an Award of Attorneys' Fees are true and correct based upon my personal knowledge.

_____
Robert M. Goldich, Esquire