UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONDRA G. DRUKER | : CIVIL ACTION |
| Plaintiff | : |
| v. | : |
| THOMAS JEFFERSON UNIVERSITY | : NO. 02-CV-2692 |
| and | : |
| BARBARA J. TURNER, M.D. | : |
| Defendants | : |

## ORDER

AND NOW this _____ day of _____, 2006, upon consideration of the Motion by Defendants to Enforce Settlement Agreement and for an Award of Attorneys' Fees, it is hereby ORDERED that the Motion is GRANTED. The Clerk of the Court is hereby ORDERED to mark this case DISMISSED WITH PREJUDICE. Defendants shall be entitled to an award of reasonable attorneys' fees and costs incurred in enforcing the settlement agreement in an amount to be determined following submission of an affidavit of counsel.

By the Court

_____
J.

PHL:5338465.1/JEF023-234540