## CERTIFICATE OF SERVICE

I, Robert M. Goldich, hereby certify that on March 13th, 2006, I caused a true and correct copy of the foregoing Motion to Enforce Settlement Agreement and for an Award of Attorneys' Fees to be served via first class mail, postage pre-paid and via fax to the following:

>Jeffrey S. Saltz
>Law Offices of Jeffrey S. Saltz, P.C.
>1515 Market Street, Suite 1000
>Philadelphia, PA 19102

_____
Robert M. Goldich, Esquire