# Exhibit "2"

<u>No. 04-3616</u>
Druker
vs.
Thomas Jefferson

Sondra G. Druker,
  Appellant

BRIEFING AND SCHEDULING ORDER

It appearing that pursuant to Rule 11, Fed. R. App. P., the record in the above-entitled appeal has been transmitted to this court and filed as of 2/25/05;

It is **ORDERED** that the brief for the appellant and the appendix shall be filed and served on or before <u>4/6/05</u>;

It is **FURTHER ORDERED** that the brief(s) for appellee(s) shall be filed and served within thirty (30) days of service of appellant's brief;

It is **FURTHER ORDERED** that a reply brief, if any, shall be filed and served within fourteen (14) days of service of appellee's brief;

It is **FURTHER ORDERED** that in the event of default by the appellant in filing the brief and appendix, at the time directed, the appeal may be dismissed forthwith without further notice;

It is **FURTHER ORDERED** that if the appellee fails to file a brief within the time directed by this order, the matter will be listed on appellant's brief only and the appellee may be subject to such sanctions as the court deems appropriate.

**Appellee's attention is called to 3rd Cir. LAR 31.2 which provides:** A local, state or federal entity or agency, which was served in the district court and which is the appellee, must file a brief in all cases in which a briefing schedule is issued unless the court has granted a motion seeking permission to be excused from filing a brief. The rule does not apply to entities or agencies that are respondents to a petition for review unless the entity or agency is the sole respondent or to entities or agencies which acted solely as an adjudicatory tribunal.

For the Court,

*Marcia M. Waldron*
-----------------------------
MARCIA M. WALDRON
Clerk

Date: 2/25/2005