## CERTIFICATE OF SERVICE

I, Kelly Dobbs Bunting, do hereby certify that on June 15, 2006, I served a copy of the Defendants' Reply to Plaintiff's Answer to Motion By Defendants to Enforce Settlement Agreement and For An Award of Attorneys' Fees via regular first class mail and facsimile upon the following party:

> Jeffrey S. Saltz, Esquire
> 1515 Market Street, Suite 1000
> Philadelphia, PA 19102
>
> Attorney for Plaintiff, Sondra G. Drucker

Kelly Dobbs Bunting, Esquire

Attorney for Defendants, Thomas Jefferson University and Barbara J. Turner, M.D.

PHI-FS1\139834v01