IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONDRA G. DRUKER | : CIVIL ACTION |
| v. | : |
| THOMAS JEFFERSON UNIVERSITY et al. | : NO. 02-2692 |

**N O T I C E**

September 20, 2006

      A telephone conference will be held on <u>Wednesday, October 11, 2006</u> at 11:00 a.m., plaintiff's counsel to initiate the call to chambers. 215-580-2030.


cc: September 20, 2006:

CAROLINE AUSTIN
caustin@wolfblock.com

WILLIAM H. EWING
wewing@eckertseamans.com   skivell@eckertseamans.com

ROBERT M. GOLDICH
goldichr@gtlaw.com

TERI B. HIMEBAUGH
thimebaughesq@earthlink.net

JEFFREY S. SALTZ
jsaltz@saltzlaw.com


   */s/ K. Crispell*
Kathryne M. Crispell
Deputy Clerk to Judge Ludwig