IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER : CIVIL ACTION
:
v. :
: No. 02-2692
THOMAS JEFFERSON UNIVERSITY, et al. :

## **ORDER**

AND NOW, this 12th day of October, 2006, upon conference, by Wednesday, October 25, 2006, the parties shall identify a neutral party to whom defendants' motion to enforce settlement will be referred for resolution. In the interim, the parties are to exert every reasonable effort to resolve this dispute.

BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.