IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONDRA G. DRUKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-2692 |
| THOMAS JEFFERSON UNIVERSITY, et al. | : | |

## ORDER

AND NOW, this 8th day of January, 2007, the "Motion by Defendants to Enforce Settlement Agreement and for an Award of Attorneys' Fees" is denied without prejudice to refiling in the event the parties are unable to reach a settlement.

The parties are referred to Magistrate Judge Linda K. Caracappa for a settlement conference. Plaintiff shall appear in person at the settlement conference.

Plaintiff's counsel shall provide written notice of this order via registered mail to plaintiff, and shall provide proof of receipt by plaintiff to the court.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.