IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONDRA G. DRUKER | CIVIL ACTION |
| Plaintiff | NO. 02-2692 |
| v. | |
| THOMAS JEFFERSON UNIVERSITY, et al. | |
| Defendants | |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of the following change of address of counsel for Plaintiff:

Jeffrey S. Saltz
Law Office of Jeffrey S. Saltz, P.C.
Two Penn Center Plaza, Suite 1930
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

                                                                    s/ Jeffrey S. Saltz
                                                                    Jeffrey S. Saltz
                                                                    PA Bar I.D. No. 29057
                                                                    Attorney for Plaintiff

Dated: February 9, 2007

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 9, 2007, I caused the foregoing Notice of Change of Address to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document on Robert M. Goldich, Esquire, counsel for Defendants.

                                                              s/ Jeffrey S. Saltz
                                                            Jeffrey S. Saltz