IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONDRA G. DRUKER              :     CIVIL ACTION
                              :
   v.                         :
                              :     No. 02-2692
THOMAS JEFFERSON UNIVERSITY, et al.  :

## ORDER

AND NOW, this 17th day of May, 2007, plaintiff having failed to participate in a settlement conference before the Honorable Linda K. Caracappa as required by the court's January 8, 2007 order, that portion of the January 8 order denying the "Motion by Defendants to Enforce Settlement Agreement and for an Award of Attorneys' Fees" is vacated. A hearing will be held on Thursday, June 7, 2007, at 11:30 a.m., at which time plaintiff shall show cause why the motion should not be granted.

Plaintiff's counsel shall provide written notice of this order via regular and registered mail to plaintiff, and shall provide proof of receipt by plaintiff to the court.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.