IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONDRA G. DRUKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-2692 |
| THOMAS JEFFERSON UNIVERSITY, et al. | : | |

**ORDER**

AND NOW, this 13th day of June, 2007, the hearing to show cause previously scheduled for June 14, 2007 is rescheduled for Thursday, July 12, 2007 at 10:30 a.m. The parties are directed to report to the 5th floor for courtroom assignment.

Plaintiff's counsel shall provide written notice of this order via regular and registered mail to plaintiff, and shall provide proof of receipt by plaintiff to the court.

BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.