

**BLANK ROME** LLP
COUNSELORS AT LAW

June 13, 2007

<u>**VIA FACSIMILE AND FEDERAL EXPRESS**</u>

The Honorable Eduardo C. Robreno
United States District Court for the
  Eastern District of Pennsylvania
11614 U.S. Courthouse
Independence Mall, West
601 Market Street
Philadelphia, PA 19106



RECEIVED
JUN 14 2007
CHAMBERS OF
**JUDGE ROBRENO**

      Re: *State Farm Mutual Automobile Insurance Company v. Arnold Lincow, et. al.*
      Civil Action No.# 05-5368

Judge Robreno:

    I am writing to you on behalf of my client Philadelphia College of Osteopathic Medicine ( hereinafter "PCOM"), and the subpoena for documents received from Plaintiff's counsel in the above-captioned matter. Kathleen McDermott, the attorney initially assigned to this matter is no longer an attorney at Blank Rome. I have been assigned to handle this matter. On June 7, 2007, I received from Ms. McDermott a copy of Plaintiff's Motion to Compel. Upon receipt of the Motion, I reached out to Cy Goldberg, plaintiff's counsel on June 7th and 8th. On Monday, June 11, 2007, I spoke with Rich Castegna, also counsel for the plaintiff regarding the document request and pending Motion. On June 13, 2007, I received a copy of the Court's Order scheduling a hearing on this Motion for June 19, 2007.

    Accordingly, counsel for PCOM, in agreement with counsel for the Plaintiff, respectfully request a postponement of the June 19, 2007 hearing on this matter. Parties will update the Court on the status of resolving issues raised in Plaintiff's Motion to Compel. If Parties are unable to resolve this matter, counsel for PCOM requests seven (7) days to respond to Plaintiff's Motion to Compel.

*Order Request for Continuance is Denied*

/s/ *[signature]*

Respectfully submitted,

*[signature]*
Shawn M. Wright, Esquire
Matthew Lee, Esquire

6/14/07.

cc: Rich Castegna, Esquire
    Goldberg, Miller & Rubin

FILED
JUN 14 2007
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk