IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONDRA G. DRUKER | CIVIL ACTION |
| Plaintiff | NO. 02-2692 |
| v. | |
| THOMAS JEFFERSON UNIVERSITY, et al. | |
| Defendants | |

**AFFIDAVIT OF SERVICE OF COURT ORDERS**

Pursuant to the direction of the Court at the hearing held on July 19, 2007, I hereby state that I mailed copies of Court Orders to the Plaintiff Sondra G. Druker, as follows:

1.      On May 21, 2007, I mailed copies of the Court's Order of May 17, 2007, to Plaintiff at her home address by registered mail and regular mail.  On June 15, 2007, the Postal Service returned the registered mailing, marked "Unclaimed."  A copy of the front and back of the returned registered mail envelope is appended hereto as Exhibit A.  The regular mailing has not been returned.

2.      On June 5, 2007, I mailed copies of the Court's Order of June 5, 2007, to Plaintiff at her home address by registered mail and regular mail.  On June 28, 2007, the Postal Service returned the registered mailing, marked "Unclaimed."  A copy of the front and back of the returned registered mail envelope is appended hereto as Exhibit B.  The regular mailing has not been returned.

3.     On June 14, 2007, I mailed copies of the Court's Order of June 13, 2007, to Plaintiff at her home address by registered mail and regular mail.  On July 17, 2007, the Postal Service returned the registered mailing, marked "Unclaimed."  A copy of the front and back of the returned registered mail envelope is appended hereto as Exhibit C.  The regular mailing has not been returned.

4.     On July 10, 2007, I mailed copies of the Court's Order entered July 10, 2007, to Plaintiff at her home address by registered mail and regular mail.  A copy of the registered mail receipt is appended hereto as Exhibit D.  I have not yet received notice from the Postal Service on whether the registered mailing was delivered.  The regular mailing has not been returned.

5.     On the date set forth below, I am mailing a copy of this Affidavit to Plaintiff at her home address by registered mail and regular mail.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  July 23, 2007


                                                  s/ Jeffrey S. Saltz
                                                  Jeffrey S. Saltz
                                                  PA Bar I.D. No. 29057
                                                  Attorney for Plaintiff


LAW OFFICE OF JEFFREY S. SALTZ, P.C.
Two Penn Center Plaza, Suite 1930
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 523-5317

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2007, I caused the foregoing Affidavit of Service of Court Orders to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document on Robert M. Goldich, Esquire, counsel for Defendants.

        s/ Jeffrey S. Saltz
        Jeffrey S. Saltz