**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms Sondra G. Druker
6554 Horrocks St.
Philadelphia, PA
19149

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) RR 606 471 392 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

LAW OFFICE OF JEFFREY S. SALTZ, P.C.
TWO PENN CENTER PLAZA, SUITE 1930
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102

United States Postal Service
**REGISTERED MAIL**

RR 606 471 392 US

Label 200, July 1999 (102595) 99-M-1904

UNITED STATES POSTAL SERVICE

0000

19149

U.S. POSTAGE
PAID
PHILADELPHIA,PA
19102
MAY 21 '07
AMOUNT
$12.06
00044632-02

Ms. Sondra G. Druker
6554 Horrocks St.
Philadelphia, PA 19149

UNCLAIMED

5/30/07

26

EXHIBIT A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms Sondra Druker
6554 Horrocks St.
Philadelphia, PA
19149-2811

2. Article Number
(Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

QUALITY PAF
11117

100% PCC

LAW OFFICE OF JEFFREY S. SALTZ, P.C.
TWO PENN CENTER PLAZA, SUITE 1930
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102

# SCANNED

DATE: 6-6 INITIALS: MJ

REGISTERED MAIL

RR 607 043 700 US

Label 200, July 1999 (102595) 99-M-1904

RETURN RECEIPT
REQUESTED

UNITED STATES POSTAL SERVICE
0000
19149

U.S. POSTAGE
PAID
PHILADELPHIA,PA
19102
JUN 05,'07
AMOUNT
$12.06
00052940-13

Ms. Sondra G. Druker

UNCLAIMED

1st Notice 6/6
2nd Notice
Return 6-21

(26)

EXHIBIT B



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Sondra Drukee
6554 Horrocks St
Philadelphia, PA
19149-2811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☑ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) RR 607 010 159 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

QUALITY PARK
11117

100% PCC

LAW OFFICE OF JEFFREY S. SALTZ, P.C.
TWO PENN CENTER PLAZA, SUITE 1930
1500 JOHN F. KENNEDY BOULEVARD
LADELPHIA, PA 19102

United States Postal Service
REGISTERED MAIL
RR 607 010 159 US
Label 200, July 1999 (102595) 99-M-1904

UNITED STATES POSTAL SERVICE
0000
19149

U.S. POSTAGE
PAID
PHILADELPHIA.PA
19102
JUN 14 '07
AMOUNT
$12.06
00012903-07

Ms. Sondra G. Druker
6554 Horrocks St.
Philadelphia, PA 19149-2811

M 6-15
7-14

26

EXHIBIT C

Registered No. RR607010423US

Date Stamp

0148

07

07/10/07

To Be Completed By Post Office

| Reg. Fee $ | $9.50 | | |
|---|---|---|---|
| Handling Charge $ | $0.00 | Return Receipt $ | $2.15 |
| Postage $ | $0.41 | Restricted Delivery $ | $0.00 |
| Received by | | | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

Customer Must Declare Full Value $ 0 $0.00

- [ ] With Postal Insurance
- [ ] Without Postal Insurance

FROM

LAW OFFICE OF JEFFREY S. SALTZ, P.C.
TWO PENN CENTER PLAZA, SUITE 1930
19102 1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102

TO

Sondra Druker
6554 Horrocks St.
Philadelphia, PA 19149-2811

PS Form 3806, June 2002 **Receipt for Registered Mail** *Copy 1 - Customer (See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

EXHIBIT D