IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONDRA G. DRUKER | : CIVIL ACTION |
| | : |
| v. | : |
| | : No. 02-2692 |
| THOMAS JEFFERSON UNIVERSITY, et al. | : |

## **ORDER**

AND NOW, this 23rd day of July, 2007, upon hearing, by Friday, July 27, 2007, plaintiff's counsel shall file an affidavit of service of notice of the July 19, 2007 hearing upon plaintiff.

Also by that date, counsel shall report to the court the results of their communications with Joseph A. Torregrossa, Esquire.

The Clerk of Court is directed to seal and impound the transcript and electronic sound recording of this hearing until further order.

BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.